UNITED STATES DISTRICT COURT

Northern District of California

T.A. ROEBUCK,

                Plaintiff,

  v.

JOAN WENDT, et al.,

                Defendants.
_____/

No. C 13-629 MEJ

**ORDER RE: DEFENDANT JOAN WENDT'S REQUEST TO FILE CASE ELECTRONICALLY**

On March 13, 2013, the Court granted Defendant Joan Wendt's request for electronic case filing. Prior to electronic filing, Wendt must follow the registration procedure set forth at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once Wendt completes the registration procedure and receives an e-filing password from the ECF Help Desk, Wendt shall electronically file a notice stating that the e-filing password has been received. If such notice is filed, Wendt may thereafter file documents electronically, and all other parties shall be relieved of their duty to serve Wendt with paper copies of each electronically-filed document. Wendt should be mindful of the requirements of Civil Local Rule 5 as they pertain to other parties in the case that are not registered for electronic filing.

    **IT IS SO ORDERED.**

Dated: March 13, 2013

_____
Maria-Elena James
United States Magistrate Judge